**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| LUXOTTICA RETAIL NORTH AMERICA INC. d/b/a PEARLE VISION,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN LENT, et al.,<br><br>    Defendants. | Civil Action No. 12-1458<br><br>**LOCAL RULE 103.3 DISCLOSURE STATEMENT** |

## LOCAL RULE 103.3 DISCLOSURE STATEMENT

  Pursuant to Local Rule 103.3 of this Court and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff Luxottica Retail North America, Inc. d/b/a Pearle Vision, discloses that Luxottica Retail North America Inc. d/b/a Pearle Vision, is an indirect wholly owned subsidiary of Luxottica Group S.p.A, a publicly traded company (LUX). Plaintiff is unaware of any corporation, unincorporated association, partnership, or other business entity not a party to this case which has a financial interest in the outcome of this litigation.

DATED: May 14, 2012 Respectfully submitted,

NIXON PEABODY LLP

By: _____/s/_____
    Diana V. Vilmenay (Bar # 17583)
    401 9th Street, Suite 900
    Washington, D.C. 20004
    Telephone: (202) 585-8000
    Fax: (202) 585-8080
    dvilmenay@nixonpeabody.com

    Craig R. Tractenberg (*pro hac vice* requested)
    437 Madison Avenue
    New York, New York 10022-7001
    Telephone: (212) 940-3722
    Fax: (866) 852-2714
    ctractenberg@nixonpeabody.com

Attorneys for Luxottica Retail North America, Inc. d/b/a Pearle Vision